William H. Dial, Plaintiff in Error, vs. Mary L. Taylor, Defendant in Error.

Writ of error to Circuit Court Madison county.

*Angus Paterson*, for Plaintiff in Error.

*A. H. King and Charles E. Davis*, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error.    There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error, because no final judgment is shown in the transcript of record.